UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY J. SYKES,<br>11800 Twin Lakes Drive, No. 711<br>Beltsville, Maryland 20705-3170,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary Of Homeland Security<br>Department of Homeland Security<br>Washington, D.C. 20528,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No.: 07-0042(RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves for an extension of time from March 12, 2007, to March 30,2007, to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion. A scheduling order has not been issued in this case.

There is good cause for the Court to grant this Motion. In this Title VII matter, Plaintiff's 78-paragraph Complaint alleges that Defendant discriminated against him because of his race (African-American) when Defendant allegedly demoted and involuntarily reassigned him to another position. Defendant is in the processing of evaluating the merit of Plaintiff's allegations. Defendant has not completed this process because of several other pressing obligations. For instance, the undersigned has been preoccupied in the past two weeks with trial preparation for one-week jury trial that was scheduled to begin on March 5, 2007.[1] Furthermore,

---

[1] On the day of jury selection, Judge Walton continued the trial until June 13, 2007.

during the past two weeks, the undersigned had to file two motions for summary judgment in two other cases.

Defendant also has a hearing on a motion for summary judgment in another matter and needs to file motions *in limine* in yet another case for a trial in April. For the week of March 19th, the undersigned has an oral argument in the D.C. Circuit and needs to file a Reply in a separate matter. Given these demanding obligations, the undersigned needs the additional time to complete reviewing the merit of the Complaint and prepare an appropriate response. The additional time is also needed for the undersigned to circulate the draft response for client and supervisory review prior to filing it with the Court.

For the foregoing reasons, the Court should grant an extension of time from March 12, 2007, to March 30, 2007, for Defendant to file a response to Plaintiff's Complaint.

Dated: March 5, 2007.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY J. SYKES, | ) |
| 11800 Twin Lakes Drive, No. 711 | ) |
| Beltsville, Maryland 20705-3170, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civ. Action No.: 07-0042(RMC) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, | ) |
| Secretary Of Homeland Security | ) |
| Department of Homeland Security | ) |
| Washington, D.C. 20528, | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER**

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to March 30, 2007, to file a response to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge