UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY J. SYKES, ) | |
| 11800 Twin Lakes Drive, No. 711 ) | |
| Beltsville, Maryland 20705-3170, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No.: 07-0042(RMC) |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary Of Homeland Security ) | |
| Department of Homeland Security ) | |
| Washington, D.C. 20528, ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves for an extension of time from March 30, 2007, to April 13, 2007, to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion. A scheduling order has not been issued in this case.

There is good cause for the Court to grant this Motion. In this Title VII matter, Plaintiff's 78-paragraph Complaint alleges that Defendant discriminated against him because of his race (African-American) when Defendant allegedly demoted and involuntarily reassigned him to another position. The undersigned was recently informed that agency counsel for this matter is currently on sick leave and will not return to the office until next week. Due to the facts and issues alleged, agency counsel's input is essential for Defendant to respond to Plaintiff's Complaint. Given this unanticipated situation, additional time is needed for Defendant to prepare an appropriate response to Plaintiff's Complaint.

    For the foregoing reasons, the Court should grant an extension of time from March 30, 2007, to April 13, 2007, for Defendant to file a response to Plaintiff's Complaint.

Dated: March 29, 2007.                           Respectfully Submitted,

     /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

     /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

     /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY J. SYKES,<br>11800 Twin Lakes Drive, No. 711<br>Beltsville, Maryland 20705-3170,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary Of Homeland Security<br>Department of Homeland Security<br>Washington, D.C. 20528,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. Action No.: 07-0042(RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to April 13, 2007, to file a response to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge