**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LARRY J. SYKES, ) | |
| ) | |
|   Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-42 (RMC) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary of Homeland Security, ) | |
| ) | |
|   Defendant. ) | |
| _____) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**THE CLERK OF THIS COURT** will please **enter** the appearance of Assistant United States Attorney **Jane M. Lyons** as counsel for the defendant in the above-captioned case, and **withdraw** the appearance of Assistant United States Attorney John C. Truong.

Dated: April 13, 2007.

                Respectfully submitted,

                /s/_____
                JANE M. LYONS, D.C. Bar #451737
                Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W. - Room E4822
                Washington, D.C. 20530
                (202) 514-7161 (phone)
                (202) 514-8780 (fax)
                Jane.Lyons@usdoj.gov

_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406