UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Larry J. Sykes,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-42 (RMC) |
| ) | |
| **Michael Chertoff,** ) | |
| **Secretary, Homeland Security** ) | |
| ) | Date:  October 4, 2007 |
| Defendant. ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of May 25, 2007, and extend the discovery deadline by four months.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures shortly after the initial status conference and written discovery will be served imminently.

2.) Due to the large volume of documents that were disclosed, and will be disclosed, the need to review the documents closely to ensure that sensitive law enforcement data was redacted, the Agency's involvement in a pending class action that consumed substantial time of its counsel, and the disbanding of the Johnson Protective Detail upon the death of Lady Bird Johnson, completing discovery will require more time than originally anticipated.

3.)   Due to the upcoming responsibilities of each party's counsel,[1] the parties expect that more time than was originally contemplated will be needed to complete discovery.

4.)   Accordingly, they join in moving the Court to extend the discovery cut-off date in this action from November 29, 2007, until March 31, 2008.[2]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order of May 25, 2007 in the manner specified in the accompanying proposed order.

Respectfully submitted,

\_\_\_\_\_//s//\_\_\_\_\_   \_\_\_\_\_//s//\_\_\_\_\_
Robert C. Seldon, Esq.   Jeffrey A. Taylor
 D.C. Bar No. 245100    D.C. Bar No. 498610
Jennifer R. Amore, Esq.   United States Attorney
 D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305   \_\_\_\_\_//s//\_\_\_\_\_
Washington, D.C. 20004   Rudolph Contreras
Phone (202) 955-6968   Assistant United States Attorney
   D.C. Bar No. 434122

Counsel for Plaintiff   \_\_\_\_\_//s//\_\_\_\_\_
  Jane M. Lyons
  D.C. Bar No. 451737
  Assistant United States Attorney
  555 4th St., N.W. - Room E4822
  Washington, D.C. 20530
  (202) 514-7161

  Counsel for Defendant

---

[1] Among other matters, counsel for plaintiff is or will shortly be actively engaged in litigation in Howard v. District of Columbia, C.A. No. 04-2082; Beyah v. Walker, C.A. No. 07-0109 (D.D.C.), McCormick v. District of Columbia, et al., C.A. No. 07-0570 (D.D.C.); Powell v. Castaneda, C.A. No. 04-0423 (D.D.C.); Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Weng v. Chao, EEOC No. 570-2007-00459X; Uzlyan v. Chao, EEOC No. 570-2007-005944X. Counsel for defendant is responsible for a large docket of active cases. Among other things, counsel for defendant is currently completing discovery is several older cases, including Doe v. Treasury, 05-690 (PLF), and Frazza v. U.S., 06-1410 (CKK), preparing pre-trial submissions in a seven-plaintiff case, More v. Paulson, 99-3373 (EGS), as well as preparing summary judgment and other dispositive motions and briefs in multiple other cases pending in this Court as well as the D.C. Circuit. Defense counsel also has two oral arguments scheduled in the D.C. Circuit in the next month.

[2] The Court's Scheduling Order set a status conference for December 6, 2007. The parties are amenable to appearing at that date or at a post-discovery status conference.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry J. Sykes, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-42 (RMC) |
| ) | |
| Michael Chertoff, ) | |
| Secretary, Homeland Security ) | |
| ) | Date:  October 4, 2007 |
| Defendant. ) | |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Scheduling Order issued by the Court on May 25, 2007, is hereby amended.

ORDERED that Plaintiff's expert disclosures shall occur on January 31, 2008 and Defendant's expert disclosures shall occur on February 29, 2008.

ORDERED that discovery in this case shall conclude on March 31, 2008.

ORDERED that the post-discovery status conference originally scheduled for December 6, 2007, is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge