UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**Larry J. Sykes,**                 )
                                    )
    **Plaintiff,**            )
                                    )
  v.                                )   Civil Action No. 07-42 (RMC)
                                    )
**Michael Chertoff,**               )
**Secretary, Homeland Security**    )
                                    )
    **Defendant.**            )
_____)

## PRECIPAE

The Clerk of the Court will kindly note the changes in suite and telephone numbers of plaintiff's counsel reflected below, effective December 1, 2007. In all other respects, the information concerning plaintiff's counsel already on file in this case remains unchanged.

        Respectfully submitted,

        _____/s/_____
        Robert C. Seldon, Esq.
          D.C. Bar No. 245100

        _____/s/_____
        Jennifer R. Amore, Esq.
          D.C. Bar No. 975907
        Robert C. Seldon & Associates, P.C.
        1319 F Street, N.W.
        Suite 200
        Washington, D.C.  20004
        (202) 393-8200
        Counsel for Plaintiff