UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Larry J. Sykes,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 07-42 (RMC)** |
| ) | |
| **Michael Chertoff,** ) | |
| Secretary of the ) | |
| Department of Homeland Security ) | |
| ) | Date:  January 9, 2008 |
| Defendant. ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action join in respectfully moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of October 9, 2007 by four months.

The grounds in support of this Motion are as follows:

1.)    In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures shortly after the initial status conference and the parties have been and are actively engaged in the written discovery process.

2.)    Due to the large volume of documents that were disclosed, and will be disclosed in this case, the need to review the documents closely to ensure that sensitive law enforcement data is being redacted, and the Agency's involvement in discovery associated with a pending class action that has been consuming substantial time and Agency resources, completing discovery will require more time than originally anticipated.  In addition to these logistical

1

difficulties, counsel from the Agency became significantly less available in mid-December when her physician placed her on bed rest in connection with her pregnancy with twins. Agency counsel continues to coordinate her responsibilities well, and expects to return full time to her duties. Counsel for the parties are working together to resolve potential discovery disputes.

      3.) Due to the upcoming responsibilities of each party's counsel,[1] the parties expect that more time than was originally contemplated will be needed to complete discovery.

      4.) Accordingly, they join in moving the Court to amend the Scheduling Order by four months.[2]

WHEREFORE, the parties join in moving the Court to amend the Amended Scheduling Order of October 9, 2007 in the manner specified in the accompanying proposed order.

Respectfully submitted,

| //s// | //s// |
|---|---|
| Robert C. Seldon, Esq. | Jeffrey A. Taylor |
|   D.C. Bar No. 245100 |   D.C. Bar No. 498610 |
| Jennifer R. Amore, Esq. | United States Attorney |
|   D.C. Bar No. 975907 | |
| Robert C. Seldon & Associates, P.C. | |
| 1319 F Street, N.W., Suite 200 | //s// |
| Washington, D.C. 20004 | Rudolph Contreras |
| Phone 202.393.8200 | Assistant United States Attorney |
| |   D.C. Bar No. 434122 |

---

[1] Among other matters, counsel for plaintiff is scheduled for trial in Howard v. District of Columbia, C.A. No. 04-2082 (January 22, 2008) and Elion v. Jackson, C.A. 05-0992 (March 3, 2008), and is, or shortly will be actively engaged in litigation in McCormick v. District of Columbia, et al., C.A. No. 07-0570 (D.D.C.); Powell v. Castaneda, C.A. No. 04-0423 (D.D.C.); Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Weng v. Chao, EEOC No. 570-2007-00459X; and Uzlyan v. Chao, EEOC No. 570-2007-005944X. Counsel for defendant is responsible for a large docket of active cases. Among other things in the first half of 2008, counsel for defendant is currently completing expert discovery in Frazza v. U.S., 06-1410 (CKK), and preparing for trial beginning on April 8, 2008 in a six-plaintiff employment discrimination case, More v. Paulson, 99-3373 (EGS), as well as preparing summary judgment and other dispositive motions and briefs in multiple other cases pending in this Court as well as the D.C. Circuit.

[2] The Court's Scheduling Order set a status conference for April 4, 2008. The parties are amenable to appearing at that date or, if the Court would prefer to res-schedule, at a post-discovery status conference to be held after July 30, 2008.

Counsel for Plaintiff
                                              //s//
Jane M. Lyons
D.C. Bar No. 451737
Assistant United States Attorney
555 4th St., N.W. - Room E4822
Washington, D.C. 20530
202.514.7161

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry J. Sykes, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-42 (RMC) |
| ) | |
| Michael Chertoff, ) | |
| Secretary of the ) | |
| Department of Homeland Security ) | |
| ) | Date:  January 9, 2007 |
| Defendant. ) | |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Amended Scheduling Order issued by the Court on October 9, 2007, is hereby amended.

ORDERED that Plaintiff's expert disclosures shall occur on May 30, 2008 and Defendant's expert disclosures shall occur on July 21, 2008.  Thereafter, promptly following the close of discovery, the parties will decide on a mutually agreeable time to conduct expert depositions.

ORDERED that discovery in this case shall conclude on July 30, 2008.

ORDERED that the post-discovery status conference scheduled for April 4, 2008, is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge