UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Larry J. Sykes,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-42 (RMC) |
| ) | |
| **Michael Chertoff,** ) | |
| **Secretary of the** ) | |
| **Department of Homeland Security** ) | |
| ) | Date:  July 11, 2008 |
| Defendant. ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

The Plaintiff in the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of January 10, 2008 by three months.

The Defendant has been advised of this motion, and has given its consent.

The grounds in support of this Motion are as follows:

1.)    In accordance with the Court's Scheduling Order, after the parties to this action exchanged initial disclosures, they commenced the discovery process.  They have been, and continue to be, actively engaged in the written discovery process.

2.)    Due to the voluminous amount of documents that were disclosed, additional time is needed to continue to review these documents.  Further, depositions have not yet commenced due to difficulty in coordinating the parties' schedules, as well as the upcoming obligations of the U.S. Secret Service relating to the presidential campaigns and the approaching Democratic and Republican National Conventions.  The parties are diligently working together to schedule the

depositions and resolve all discovery disputes. For these reasons completing discovery will require additional time.

3.) Due to the upcoming responsibilities of Plaintiff's counsel,[1] the parties expect that more time than was originally contemplated will be needed to complete discovery.

4.) Accordingly, they join in moving the Court to amend the Scheduling Order by three months.[2]

WHEREFORE, the parties join in moving the Court to amend the Amended Scheduling Order of January 10, 2008 in the manner specified in the accompanying proposed order.

Respectfully submitted,

//s//

Robert C. Seldon, Esq.
 D.C. Bar No. 245100

Jennifer R. Amore, Esq.
 D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
Phone 202.393.8200

Counsel for Plaintiff

---

[1] Among other matters, counsel for Plaintiff recently completed the a trial in Howard v. District of Columbia, C.A. No. 04-2082 (D.D.C.) (PLF), and is scheduled for trial in Malloy v. Jackson, C.A. 05-1117 (D.D.C.) (RCL) on August 28, 2008; other responsibilities include an MSPB hearing in Valdes v. Jackson, MSPB No. AT-0752-08-0330-I-1 (July 26, 2008); and an EEOC hearing in Uzlyan v. Chao, EEOC No. 570-2007-005944X (August 3, 2008). Plaintiff is also, or shortly will be, actively engaged in litigation in Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Bennett v. Chao, C.A. No. 07-CV-1951 (D.D.C.); Mazzoni v. Preston, C.A. No. 07-2322 (D.D.C.); Beyah v. Walker, C.A. 07-0109 (ESH); and Schmidt v. Chao, C.A. No. 07-02216 (D.D.C.) (ESH); Weng v. Chao, EEOC No. 570-2007-00459X.

[2] The Court's Scheduling Order set a status conference for August 1, 2008. The parties are amenable to appearing at that date or, if the Court would prefer to re-schedule, at a post-discovery status conference to be held after October 31, 2008.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Larry J. Sykes,            )<br>            Plaintiff,            )<br>                        )<br>v.            )<br>                        )<br>Michael Chertoff,            )<br>Secretary of the            )<br>    Department of Homeland Security )<br>                        )<br>            Defendant.            )<br>                        ) | Civil Action No. 07-42 (RMC)<br><br><br>Date:  July 11, 2008 |

### ORDER AMENDING SCHEDULING ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Amended Scheduling Order issued by the Court on January 10. 2008, is hereby amended.

ORDERED that Plaintiff's expert disclosures shall occur on August 29, 2008 and Defendant's expert disclosures shall occur on October 20, 2008.  Thereafter, promptly following the close of discovery, the parties will decide on a mutually agreeable time to conduct expert depositions.

ORDERED that discovery in this case shall conclude on October 31, 2008.

ORDERED that the post-discovery status conference scheduled for August 1, 2008, is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge