UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY J. SYKES,       ) <br>        ) <br>     Plaintiff,    ) <br>        ) <br>     v.       ) <br>        ) <br> JANET NAPOLITANO, Secretary,    ) <br> Department of Homeland Security,    ) <br>        ) <br>     Defendant.    ) <br>        ) | Civil Action No. 07-42 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiff's motion to review taxation of costs [Dkt. # 52] is **GRANTED** in part and **DENIED** in part. To the extent the motion seeks to have the Court review the Clerk's award of costs, the motion is granted. To the extent the motion seeks to vacate or amend the Clerk's Bill of Costs [Dkt. # 49] it will be denied, and it is

**FURTHER ORDERED** that Plaintiff shall pay costs in the amount of $5,523.70 to the Defendant by no later than January 14, 2011.

**SO ORDERED**.

Date: December 14, 2010

                                                                   /s/
                                         ROSEMARY M. COLLYER
                                         United States District Judge